UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAA ALHUMRANI,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | No. 2:15-cv-00105-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21. The motion was heard without oral argument.

The parties stipulate that the above-captioned case be reversed and remanded to the commissioner of Social Security for further administrative proceedings with respect to Plaintiff's application for Supplemental Security Income under title XVI of the Social Security Act.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 21, is **GRANTED**.

2. The decision denying benefits is **reversed** and **remanded** for further administrative proceedings. On remand, the agency will further evaluate the nature and severity of Plaintiff's hip impairment and the opinion of the medical expert; and, if Plaintiff is found disabled for a closed period, apply the medical improvement standard.

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

Case 2:15-cv-00105-SAB    Document 22    Filed 01/13/16

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 13th day of January, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2